DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN KORMAN,**
Appellant,

v.

**AURORA LOAN SERVICES LLC,**
Appellee.

No. 4D15-2930

[January 13, 2016]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Eli Breger, Judge; L.T. Case No. 50 2009 CA 017057 XXXX AW.

John Korman, Boca Raton, pro se.

Franklin G. Cosmen, Jr., Lars O. Bodnieks and Michael J. Barker of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed. See Jallali v. Knightsbridge Vill. Homeowners' Ass'n*, 152 So. 3d 808 (Fla. 4th DCA 2014).

STEVENSON, TAYLOR and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***